## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> EDWIN ALEJANDRO DÍAZ-CORDERO, <br> Defendant | **INDICTMENT** <br><br> CRIMINAL NO. 26-319 (RAM) <br><br> VIOLATION: <br> 8 U.S.C. §§ 1326(a) & (b)(2) <br> (ONE COUNT) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Sections 1326(a) & (b)(2))

On or about July 20, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ALEJANDRO DÍAZ-CORDERO,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, attempted to enter and entered the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(2).

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 7/30/2026